IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: : CIVIL ACTION NOS. 18-CV-4670
KEYSEAN L. KEYES, : 18-CV-4671
    Plaintiff. : **FILED** 18-CV-4692
: 18-CV-4693
: NOV 0 2 2018 18-CV-4709
: KATE BARKMAN, Clerk 18-CV-4714
: By_____ Dep. Clerk

## ORDER

AND NOW, this 2nd day of November, 2018, upon consideration of Plaintiff Keysean L. Keyes' Motions to Proceed *In Forma Pauperis*, her Complaints in the above civil actions, and other pending Motions in the above cases, it is **ORDERED** that:

1. Keyes is **GRANTED** leave to proceed *in forma pauperis* in the above cases.

2. The Complaints in the above cases are **DISMISSED with prejudice** for the reasons discussed in the Court's Memorandum. Keyes may not file any amended complaint in the above cases, as the Court has determined that amendment would be futile.

3. All pending Motions filed in the above cases are **DENIED.**

4. Within thirty (30) days of the date of this Order, Keyes shall show cause why she should not be enjoined from filing any more civil, *in forma pauperis*, non-*habeas* cases in this Court that concern her underlying criminal case in Nassau County, or that name the Defendants she has already named in Complaints addressed by this Memorandum. If Keyes fails to file a response, she may be enjoined from future filings in this Court without further notice.

5. The Clerk of Court shall **CLOSE** the above cases.

BY THE COURT:

CYNTHIA M. RUFE, J.

ENT'D NOV 05 2018